UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re BRIAN HERRON,

Plaintiff.

Case No. 18-cv-05657-HSG (PR)

**JUDGMENT**

A judgment of dismissal without prejudice is entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/30/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge